IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-00369-JLK**

**MARK KIMMEL,**

    Plaintiff,

v.

**MYICIS, also known as ALFII/MYICIS,**

Wayne Hicks, an individual, and various John and
Jane Does now unknown but knowable on discovery,
as either members of or servants of either association
in face or the prime predicate actor Hicks,

    Defendants.

---

## ORDER

Kane, J.

    Plaintiff's Request for Clerk's Entry of Judgment and Clerk's Entry of Default (Doc. 2), filed July 2, 2007, is DENIED without prejudice for the reasons stated in the Clerk's Note (Doc. 3), entered on July 3, 2007.

    IT IS SO ORDERED this 6th day of July, 2007.

                                                s/John L. Kane
                                                John L. Kane, Senior Judge
                                                United States District Court