IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-00369-JLK**

**MARK KIMMEL,**

    Plaintiff,

v.

**MYICIS, also known as ALFII/MYICIS,**
**WAYNE HICKS**, an individual, and various John and
Jane Does now unknown but knowable on discovery,
as either members of or servants of either association
in face or the prime predicate actor Hicks,

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

On September 26, 2007, this court entered an Order to Show Cause requiring that Plaintiff show cause in writing why this case should not be dismissed for failure to prosecute. Plaintiff responded with an Affidavit of Non-Service verifying that in fact service was not made within the prescribed time frame. It is, therefore

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m), Federal Rules of Civil Procedure.

DATED at Denver, Colorado this 17th day of October, 2007.

                                  BY THE COURT:

                                  *S/John L. Kane*
                                  JOHN L. KANE, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT